```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                              Case No. 16-02465-MDF
Jared S Barrow                                                      Chapter 13
Michele D Bossalina
      Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1         User: AGarner             Page 1 of 2          Date Rcvd: Jul 18, 2016
                             Form ID: ntcnfhrg         Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2016.
```
db/jdb         +Jared S Barrow,    Michele D Bossalina,    208 N. Allwood Drive,     Hanover, PA 17331-7839
4799601         CAC Financial Corp,    2601 NW Expressway,    Suite 1000 East,    Oklahoma City, OK 73112-7236
4799603         Chase,    PO Box 15123,    Wilmington, DE 19850-5123
4799604        +Citi,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
4799605        +Client Services Inc,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
4799606         Comenity Bank,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
4799607         Credit Control LLC,    5757 Phamton Drive, Suite 330,    Hazelwood, MO 63042
4799608        +ERC,   PO Box 57610,    Jacksonville, FL 32241-7610
4799610         Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
4799609         Financial Recoveries,    PO Box 1022,    Wixom, MI 48393-1022
4799613        +Gettysburg Hospital,    147 Gettys Street,    Gettysburg, PA 17325-2536
4799614        +Global Credit & Collection Corp.,    PO Box 101928, Dept. 2417,    Birmingham, AL 35210-6928
4799615        +Hanover Health Corporation,    Hanover Medical Group,    PO Box 824221,
                 Philadelphia, PA 19182-4221
4799617         Hanover Medical Group,    PO Box 824221,    Philadelphia, PA 19182-4221
4809689         Lincoln Automotive Financial Services,    Dept 55953,    P O Box 55000,
                 Detroit MI, 48255-0953
4799620        +M&T Bank,    PO Box 8405,    Wilmington, DE 19899-8405
4799622         Macy's,    PO Box 183083,    Columbus, OH 43218-3083
4799623         Macy's,    Po Box 4564,    Carol Stream, IL 60197-4564
4799624        +MedExpress Billing,    PO Box 719,    Dellslow, WV 26531-0719
4799625         Monarch Recovery Management Inc,    10965 Decatur Road,    Philadelphia, PA 19154-3210
4799626        +Northwest Savings Bank,    Retail Servicing,    PO Box 3001,    Warren, PA 16365-1101
4799627        +Penn Credit,    916 South 14th Street,    Harrisburg, PA 17104-3425
4799628        +PennCredit,    PO Box 1259,    Dept 91047,    Oaks, PA 19456-1259
4799629        +Quantum Imaging and Therapeutic,    Dept. 19687,    PO Box 1259,    Oaks, PA 19456-1259
4799631         The Lincoln Motor Company,    Customer Service Center,    PO Box 542000,    Omaha, NE 68154-8000
4799632        #+Transworld Systems Inc,    5 Penn Center West Ste 100,    Pittsburgh, PA 15276-0126
4799634        +US Department of Education,    Immediate Credit Recovery, Inc.,    PO Box 965156,
                 Marietta, GA 30066-0003
4799633        +United Collection Bureau, Inc,    5620 Southwyck Blvd, Suite 206,    Toledo, OH 43614-1501
4799635         Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728
4799637         WellSpan,    c/o Physician Billing Service,    1803 Mt. Rose Ave, Ste B3,    York, PA 17403-3051
4799638        +Wellspan Medical Goup,    c/o Physician Billing Service,    1803 Mt. Rose Avenue, Suite B3,
                 York, PA 17403-3051
4799639        +Williams & Fudge, Inc.,    300 Chatham Ave.,    PO Box 11590,    Rock Hill, SC 29731-1590
4799640        +York Hospital,    1001 South George Street,    York, PA 17403-3645
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4799600         E-mail/Text: legal@arsnational.com Jul 18 2016 19:21:31      ARS National Services, Inc.,
                 PO Box 463023,    Escondido, CA 92046-3023
4799599         E-mail/Text: legal@arsnational.com Jul 18 2016 19:21:31      ARS National Services, Inc.,
                 PO Box 469100,    Escondido, CA 92046-9100
4799611         E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2016 19:20:33      Gap/GEMB,    PO Box 965005,
                 Orlando, FL 32896-5005
4799612         E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2016 19:20:44      GapCard,    PO Box 981064,
                 El Paso, TX 79998-1064
4799616        +E-mail/Text: baugherj@hanoverhospital.org Jul 18 2016 19:21:17      Hanover Hospital,
                 300 Highland Ave.,    Hanover, PA 17331-2203
4799618         E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2016 19:20:42      Lowes/Synchrony Bank,
                 PO Box 530914,    Atlanta, GA 30353-0914
4799619         E-mail/Text: camanagement@mtb.com Jul 18 2016 19:21:31      M&T Bank,    1100 Wehrle Drive,
                 2nd Floor,    Williamsville, NY 14221
4799621         E-mail/Text: camanagement@mtb.com Jul 18 2016 19:21:31      M&T Bank,    PO Box 1345,
                 Buffalo, NY 14240-1345
4799630         E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2016 19:20:43      Synchrony Bank/JC Penny,
                 PO Box 965007,    Orlando, FL 32896-5007
4799636         E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2016 19:20:42      Walmart Mastercard/SYNCB,
                 PO Box 960024,    Orlando, FL 32896-0024
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4799602         Chase
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2016 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Joshua I Goldman     on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Michael R Caum     on behalf of Debtor Jared S Barrow mikecaumesq@comcast.net
          Michael R Caum     on behalf of Joint Debtor Michele D Bossalina mikecaumesq@comcast.net
          United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 5
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jared S Barrow  
Michele D Bossalina  

Debtor(s)

Chapter 13

Case No. 1:16−bk−02465−MDF

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**August 17, 2016** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 24, 2016<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 18, 2016 |