UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JARED S. BARROW and : CHAPTER 13
    MICHELE D. BOSSALINA :
        Debtor(s) :
         :
    CHARLES J. DEHART, III :
    STANDING CHAPTER 13 TRUSTEE :
         :
        vs. :
         :
    JAREN S. BARROW and :
    MICHELE D. BOSSALINA :
        Respondent(s) : CASE NO. 1-16-bk-02465

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 14th day of July, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

    Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

    a. Plan payment calculation sum of Lines 34, 35, 36 45.

    2. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

    a. Residential real estate - CMA

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.

     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

                                   Respectfully submitted:

                                   /s/Charles J. DeHart, III
                                   Standing Chapter 13 Trustee
                                   8125 Adams Drive, Suite A
                                   Hummelstown, PA 17036
                                   (717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this 2nd day of August, 2016, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael Caum, Esquire
P.O. Box 272
Shrewsbury, PA   17361

                                   /s/Deborah A. Behney
                                   Office of Charles J. DeHart, III
                                   Standing Chapter 13 Trustee