# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jared S Barrow and Michele D Bossalina <u>Debtor(s)</u> | BKY. NO. 16-02465 MDF<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0888

                                              Respectfully submitted,

                                              <u>**/s/ Thomas Puleo**</u>
                                              Thomas Puleo, Esquire
                                              James C. Warmbrodt, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6306  FAX (215) 825-6406
                                              Attorney for Movant/Applicant