IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | Jared S. Barrow | : Case No. 1:16-bk-02465 |
| | Michele D. Bossalina | : |
| | Debtors | : |
| | | : Chapter 13 |
| | Jared S. Barrow | : |
| | Michele D. Bossalina | : Objection to Claim No. 5-1 |
| | Objector | : |
| | | : |
| | v. | : |
| | | : |
| | LVNV FUNDING, LLC | : |
| | Claimant | : |

## DEBTOR'S WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM FILED BY LVNV FUDING LLC (CLAIM NO. 5-1 )

TO BANKRUPTCY CLERK:

Please withdraw Debtors, *Objection to Proof of Claim Filed by LVNV Funding LLC (Claim No. 5-1)* filed on March 22, 2017, in the above-captioned matter.

                                                                         Respectfully submitted,

Date: <u>March 22, 2017</u>                             /s/ Michael R. Caum
                                                                     Michael R. Caum, Esq.
                                                                       PO Box 272
                                                                       Shrewsbury, PA 17361
                                                                       (717) 227-8039