**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:     JARED S BARROW
           MICHELE D BOSSALINA

               Debtor(s)                    CHAPTER 13

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                      Movant
           vs.

           JARED S BARROW               CASE NO: 1-16-02465-HWV
           MICHELE D BOSSALINA

               Respondent(s)

<u>**TRUSTEE'S MOTION TO DISMISS CASE**</u>

AND NOW, on November 7, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1.     An Amended Plan was filed on January 30, 2017.

2.     A Confirmation hearing was held and an Order was entered on May 3, 2017 directing that an amended plan be filed within thirty (30) days.

3.     As of the date of this Motion, an amended plan has not been filed.

4.     The delay in filing a confirmable plan in this case is prejudicial to creditors.


WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

                              Respectfully submitted,

                              s/   James K. Jones, Esq.
                              Id:   39031
                              Attorney for Trustee
                              Charles J. DeHart, III
                              Standing Chapter 13 Trustee
                              Ste. A, 8125 Adams Drive
                              Hummelstown, PA   17036
                              Ph.   717-566-6097
                              Fax. 717-566-8313
                              eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    JARED S BARROW
            MICHELE D BOSSALINA
                                    CHAPTER 13

                  Debtor(s)

            CHARLES J. DEHART, III
            CHAPTER 13 TRUSTEE               CASE NO: 1-16-02465-HWV
                  Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date:    December 13, 2017<br><br>Time:    09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                                          Charles J. DeHart, III, Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA 17036
                                        Phone:  (717) 566-6097
                                        Email:  dehartstaff@pamd13trustee.com

Dated:  November 7, 2017

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN       JARED S BARROW                        CHAPTER 13
RE:      MICHELE D BOSSALINA


                                              CASE NO: 1-16-02465-HWV

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                Movant

### CERTIFICATE OF SERVICE

        AND NOW, on November 7, 2017, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

MICHAEL CAUM, ESQUIRE
PO BOX 272
SHREWSBURY, PA   17361-


JARED S BARROW
MICHELE D BOSSALINA
208 N. ALLWOOD DRIVE
HANOVER, PA   17331

                                    Respectfully Submitted,
                                    s/    Vickie Williams
                                    for Charles J. DeHart, III, Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA   17036
                                    Phone:   (717) 566-6097
                                    Email:   dehartstaff@pamd13trustee.com


Dated:   November 7, 2017

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    JARED S BARROW
           MICHELE D BOSSALINA

             Debtor(s)                     CHAPTER 13

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                Movant

           vs.

           JARED S BARROW               CASE NO: 1-16-02465-HWV
           MICHELE D BOSSALINA

             Respondent(s)

### ORDER DISMSSING CASE

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.