Certificate Number: 12433-PAM-DE-035881419

Bankruptcy Case Number: 16-02475



12433-PAM-DE-035881419

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 1, 2021</u>, at <u>12:12</u> o'clock <u>PM EDT</u>, <u>Jared Sean Barrow</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>August 1, 2021</u>

By:  <u>/s/Lance Brechbill</u>

Name:  <u>Lance Brechbill</u>

Title:  <u>Teacher</u>