## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| JARED S BARROW | Case No.: 1-16-02465-HWV |
| MICHELE D BOSSALINA | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | JPMORGAN CHASE BANK, NA |
| Court Claim Number: | 12 |
| Last Four of Loan Number: | 0888/PRE ARREARS/208 N ALLWOOD DR |
| Property Address if applicable: | 208 N. ALLWOOD DRIVE, , HANOVER, PA17331 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,702.31 |
| b. | Prepetition arrearages paid by the Trustee: | $2,702.31 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2,702.31 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 21, 2021          Respectfully submitted,

                               s/ Jack N. Zaharopoulos
                               Standing Chapter 13 Trustee
                               Suite A, 8125 Adams Drive
                               Hummelstown, PA 17036
                               Phone: (717) 566-6097
                               Fax: (717) 566-8313
                               eMail: info@pamd13trustee.com

Creditor Name: JPMORGAN CHASE BANK, NA
Court Claim Number: 12

```
    CLM #    CHECK #       DATE         PRIN PAID      INT PAID     TOTAL DISB

    5200     9004741     03/08/2018     $1,689.17       $0.00        $1689.17
    5200     9004820     04/03/2018       $315.10       $0.00         $315.10
    5200     9004981     05/15/2018       $698.04       $0.00         $698.04
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JARED S BARROW  Case No.: 1-16-02465-HWV
MICHELE D BOSSALINA  Chapter 13
　　　　Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 21, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

MICHAEL CAUM, ESQUIRE  　　　SERVED ELECTRONICALLY
PO BOX 272
SHREWSBURY PA, 17361-

CHASE RECORDS CENTER ATT: CORRESPONDENCE MAIL　SERVED BY 1ST CLASS MAIL
MAIL CODE LA4-5555
700 KANSAS LANE
MONROE, LA, 71203

JARED S BARROW  　　　SERVED BY 1ST CLASS MAIL
MICHELE D BOSSALINA
208 N. ALLWOOD DRIVE
HANOVER, PA 17331

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 21, 2021　　　　　　　　　s/ Liz Joyce
　　　　　　　　　　　　　　　　　　　Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　　　　Phone: (717) 566-6097
　　　　　　　　　　　　　　　　　　　Fax: (717) 566-8313
　　　　　　　　　　　　　　　　　　　eMail: info@pamd13trustee.com