United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jared S Barrow  
Michele D Bossalina  
    Debtors

Case No. 16-02465-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 20, 2021      Form ID: 3180W      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jared S Barrow, Michele D Bossalina, 208 N. Allwood Drive, Hanover, PA 17331-7839 |
| 4799601 | | CAC Financial Corp, 2601 NW Expressway, Suite 1000 East, Oklahoma City, OK 73112-7236 |
| 4799607 | | Credit Control LLC, 5757 Phamton Drive, Suite 330, Hazelwood, MO 63042 |
| 4799610 | | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 4799609 | | Financial Recoveries, PO Box 1022, Wixom, MI 48393-1022 |
| 4799613 | + | Gettysburg Hospital, 147 Gettys Street, Gettysburg, PA 17325-2536 |
| 4799614 | + | Global Credit & Collection Corp., PO Box 101928, Dept. 2417, Birmingham, AL 35210-6928 |
| 4799615 | + | Hanover Health Corporation, Hanover Medical Group, PO Box 824221, Philadelphia, PA 19182-4221 |
| 4799617 | | Hanover Medical Group, PO Box 824221, Philadelphia, PA 19182-4221 |
| 4818869 | + | M & T BANK (1), PO BOX 1508, Buffalo, NY 14240-1508 |
| 4821325 | + | M & T BANK (2), PO BOX 1508, BUFFALO, NY 14240-1508 |
| 4799620 | + | M&T Bank, PO Box 8405, Wilmington, DE 19899-8405 |
| 4799624 | + | MedExpress Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 4799625 | | Monarch Recovery Management Inc, 10965 Decatur Road, Philadelphia, PA 19154-3210 |
| 4799626 | + | Northwest Savings Bank, Retail Servicing, PO Box 3001, Warren, PA 16365-1101 |
| 4799628 | + | PennCredit, PO Box 1259, Dept 91047, Oaks, PA 19456-1259 |
| 4799629 | + | Quantum Imaging and Therapeutic, Dept. 19687, PO Box 1259, Oaks, PA 19456-1259 |
| 4799631 | | The Lincoln Motor Company, Customer Service Center, PO Box 542000, Omaha, NE 68154-8000 |
| 4799632 | + | Transworld Systems Inc, 5 Penn Center West Ste 100, Pittsburgh, PA 15276-0126 |
| 4799634 | + | US Department of Education, Immediate Credit Recovery, Inc., PO Box 965156, Marietta, GA 30066-0003 |
| 4799633 | + | United Collection Bureau, Inc, 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
| 4799637 | | WellSpan, c/o Physician Billing Service, 1803 Mt. Rose Ave, Ste B3, York, PA 17403-3051 |
| 4799638 | + | Wellspan Medical Goup, c/o Physician Billing Service, 1803 Mt. Rose Avenue, Suite B3, York, PA 17403-3051 |
| 4799640 | + | York Hospital, 1001 South George Street, York, PA 17403-3645 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4799599 | | EDI: ARSN.COM | Dec 20 2021 23:48:00 | ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 4799600 | | EDI: ARSN.COM | Dec 20 2021 23:48:00 | ARS National Services, Inc., PO Box 463023, Escondido, CA 92046-3023 |
| 4799604 | + | EDI: CITICORP.COM | Dec 20 2021 23:48:00 | Citi, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 4799605 | + | Email/Text: mediamanagers@clientservices.com | Dec 20 2021 18:47:00 | Client Services Inc, 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 4799606 | | EDI: WFNNB.COM | Dec 20 2021 23:48:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 4799622 | + | EDI: CITICORP.COM | Dec 20 2021 23:48:00 | Macy's, PO Box 183083, Columbus, OH |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | 43218-3083 |
| 4799623 | + EDI: CITICORP.COM | Dec 20 2021 23:48:00 | Macy's, Po Box 4564, Carol Stream, IL 60197-4564 |
| 4840813 | EDI: Q3G.COM | Dec 20 2021 23:48:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 4799608 | + Email/Text: bknotice@ercbpo.com | Dec 20 2021 18:47:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 4799611 | EDI: RMSC.COM | Dec 20 2021 23:48:00 | Gap/GEMB, PO Box 965005, Orlando, FL 32896-5005 |
| 4799612 | EDI: RMSC.COM | Dec 20 2021 23:48:00 | GapCard, PO Box 981064, El Paso, TX 79998-1064 |
| 4799616 | + Email/Text: lyonsbe2@upmc.edu | Dec 20 2021 18:47:00 | Hanover Hospital, 300 Highland Ave., Hanover, PA 17331-2203 |
| 4845319 | + EDI: IRS.COM | Dec 20 2021 23:48:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 5261788 | EDI: JPMORGANCHASE | Dec 20 2021 23:48:00 | JPMorgan Chase Bank, National Association, 7255 Baymeadows Way, ATTN: JAXB2007, Jacksonville, FL 32256 |
| 4842288 | EDI: JPMORGANCHASE | Dec 20 2021 23:48:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 4799603 | EDI: JPMORGANCHASE | Dec 20 2021 23:48:00 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 4824773 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2021 18:54:13 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4809689 | EDI: FORD.COM | Dec 20 2021 23:48:00 | Lincoln Automotive Financial Services, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 4799618 | EDI: RMSC.COM | Dec 20 2021 23:48:00 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 4799619 | Email/Text: camanagement@mtb.com | Dec 20 2021 18:47:00 | M&T Bank, 1100 Wehrle Drive, 2nd Floor, Williamsville, NY 14221 |
| 4799621 | Email/Text: camanagement@mtb.com | Dec 20 2021 18:47:00 | M&T Bank, PO Box 1345, Buffalo, NY 14240-1345 |
| 4825692 | + EDI: MID8.COM | Dec 20 2021 23:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4843289 | EDI: PRA.COM | Dec 20 2021 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4799630 | EDI: RMSC.COM | Dec 20 2021 23:48:00 | Synchrony Bank/JC Penny, PO Box 965007, Orlando, FL 32896-5007 |
| 4855675 | EDI: ECMC.COM | Dec 20 2021 23:48:00 | US Department of Education, P.O. Box 16448, St. Paul, MN 55116-0448 |
| 4799635 | EDI: WFNNB.COM | Dec 20 2021 23:48:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 4799636 | EDI: RMSC.COM | Dec 20 2021 23:48:00 | Walmart Mastercard/SYNCB, PO Box 960024, Orlando, FL 32896-0024 |
| 4799639 | + Email/Text: ebn@wfcorp.com | Dec 20 2021 18:47:00 | Williams & Fudge, Inc., 300 Chatham Ave., PO Box 11590, Rock Hill, SC 29731-1590 |
| 4852334 | + Email/Text: kcm@yatb.com | Dec 20 2021 18:47:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4799602 | | Chase |
| 4799627 | ##+ | Penn Credit, 916 South 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2021  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joshua I Goldman | on behalf of Creditor JPMorgan Chase Bank National Association josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Kevin S Frankel | on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor JPMorgan Chase Bank National Association pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Michael R Caum | on behalf of Debtor 2 Michele D Bossalina mikecaumesq@comcast.net |
| Michael R Caum | on behalf of Debtor 1 Jared S Barrow mikecaumesq@comcast.net |
| Thomas I Puleo | on behalf of Creditor JPMorgan Chase Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | Jared S Barrow | Social Security number or ITIN | xxx–xx–5414 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Michele D Bossalina | Social Security number or ITIN | xxx–xx–2773 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 1:16–bk–02465–HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jared S Barrow          Michele D Bossalina

**By the court:** *[signature]*

12/20/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**